**EXHIBIT J**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARLINGTON INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| BRIDGEPORT FITTINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CONFESSION OF JUDGMENT AND INJUNCTION**

Defendant Bridgeport Fittings, Inc. ("Bridgeport") pursuant to a written and verified certificate of attorney presented and filed with the court; and having waived the issuance and service of process, hereby confesses that judgment may enter against it and in favor of the Plaintiff Arlington Industries, Inc. ("Arlington") as to the following:

1. Bridgeport submits to entry of judgment on behalf of Arlington, pursuant to 35 U.S.C. § 271, that Claim 1 of United States Patent No.

6,335,488, which is not invalid and not unenforceable, is infringed by the manufacture, sale and offer of sale of the following Bridgeport's Speed-Snap™ products with external and internal spring steel rings: 590-DCS and 590-DCSI.

2. Bridgeport, its officers, agents, attorneys, servants, employees, successors, assigns and all those in active concert or participation with them who receive actual notice of such injunction by personal service or otherwise, are permanently enjoined from directly or indirectly making, using, selling, offering for sale or importing or causing or inducing others to make, use, sell, offer to sell, or import the Speed-Snap™ products identified in this Action as Bridgeport's 590-DCS and 590-DCSI or any colorable imitations of such Speed-Snap™ Fittings, during the term of United States Patent No. 6,335,488.

BRIDGEPORT FITTINGS, INC.

By: [signature]
Name: Delbert K. Auray
Title: President
Date: 04-17-2004