# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ARLINGTON INDUSTRIES, INC.,

    Plaintiff,

    v.

BRIDGEPORT FITTINGS, INC.,

    Defendant.

CIVIL ACTION NO. 3:02-CV-0134

(JUDGE CAPUTO)

## ORDER

**NOW**, this 17th day of August, 2012, **IT IS HEREBY ORDERED** that the three motions *in limine* (Docs. 98, 100, & 104) before the Court in this matter are **GRANTED IN PART AND DENIED IN PART AS FOLLOWS**:

1. Plaintiff Arlington Industries, Inc.'s Motion *in Limine* to Exclude Bridgeport's Arguments and Evidence Concerning Unmodified Features of the Accused Products and Bridgeport's Waived Defenses (Doc. 100) is **GRANTED** insofar as Bridgeport is prohibited from presenting arguments of non-infringement pertaining to any limitation unaffected by the redesign of its connectors. Limitations two and three of Claim 1 of the '488 Patent will be the only limitations at issue in the upcoming contempt hearing. Arlington's request to import the earlier claim constructions into the instant motion for contempt is **DENIED**.

2. Plaintiff Arlington Industries, Inc.'s Motion *in Limine* to Exclude Bridgeport's Arguments and Evidence Concerning Randomly Chosen Features (Doc. 98) is **GRANTED** to the extent that the purported lack of a lip and the lack of a smooth surface in the Accused Connectors are randomly chosen features that will be excluded from the contempt hearing. It is **DENIED** as to Bridgeport's argument pertaining to an adapter fully surrounding the leading edge and to the extent it seeks to preclude additional differences proposed by Bridgeport's expert to the extent they are relevant.

3. Bridgeport Fittings, Inc.'s Motion to Exclude Testimony of Dr. Christopher D. Rahn Pursuant to Federal Rules of Evidence 702 (Doc. 104) is **GRANTED** solely as to Dr. Rahn's Opinions about Bridgeport's Intent.

     /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge