**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARLINGTON INDUSTRIES, INC., | |
| Plaintiff, | CIVIL ACTION NO. 3:02-CV-0134 |
| v. | (JUDGE CAPUTO) |
| BRIDGEPORT FITTINGS, INC., | |
| Defendant. | |

## ORDER

**NOW**, this 25th day of October, 2012, **IT IS HEREBY ORDERED** that Defendant's Motion for Reconsideration (Doc. 133) is **DENIED**.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge