**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARLINGTON INDUSTRIES, INC., | CIVIL ACTION NO. 3:02-CV-0134 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| BRIDGEPORT FITTINGS, INC., | |
| Defendant. | |

**ORDER**

**NOW**, this 23rd day of June, 2014, **IT IS HEREBY ORDERED** that:

(1) Plaintiff Arlington Industries, Inc. is awarded **$495,648.79** in lost profits, plus **$33,918.61** in pre-judgment interest.

(2) Plaintiff Arlington Industries, Inc. is awarded **$1,527,632.35** in attorney's fees plus **$282,839.55** in costs and expenses.

(3) The Clerk of Court is directed to mark this case as **CLOSED**.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge