**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARLINGTON INDUSTRIES, INC, | |
| Plaintiff, | CIVIL ACTION NO. 3:02-CV-0134 |
| v. | (JUDGE CAPUTO) |
| BRIDGEPORT FITTINGS, INC., | |
| Defendant. | |

## ORDER

**NOW**, this 7th day of December, 2016, **IT IS HEREBY ORDERED** that:

(1) The Motion for an Order to Show Cause (Doc. 334) filed Arlington Industries, Inc. ("Arlington") is **GRANTED in part and DENIED in part**. Arlington may pursue its allegations of contempt against Bridgeport Fittings, Inc. ("Bridgeport") only with respect to:

   (a) the Demo Kits containing an enjoined connector; and

   (b) the online marketing materials.

(2) Arlington's request to conduct additional discovery is **GRANTED** with respect to the Demo Kits only. Arlington's request to conduct additional discovery with respect to any other matter is **DENIED**. The scope of discovery will be further limited to:

   (a) the 168 Bridgeport Demo Kits containing an enjoined connector identified in Bridgeport's shipping records (*see* Doc. 353-2).

   (b) Arlington may take up to two (2) depositions per recipient of a shipment of Demo Kits, as identified in Bridgeport's shipping invoice (Doc. 353-2). For purposes of discovery, the separate shipments to Wm. Bleiman & Sons ("Bleiman") and Ed Harvey are considered one shipment to Bleiman.

   (c) Arlington may submit up to twenty (20) interrogatories, including subparts, per recipient of a shipment of Demo Kits, as identified in Bridgeport's shipping invoice (Doc. 353-2). For purposes of discovery,

        the separate shipments to Bleiman and Ed Harvey are considered one shipment to Bleiman.

        (d) This discovery shall be completed by February 8th, 2017.

(3)    Both parties may file supplemental memoranda discussing their positions post-discovery by March 1st, 2017.

(4)    At this time, Arlington's requests for fees and sanctions are **DENIED**.

(5)    It is **FURTHER ORDERED** that the parties shall appear before this Court on the 8th day of March, 2017, at 9:00 a.m. in Courtroom #3 of the Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701, for an evidentiary hearing on whether this Court should hold Bridgeport in civil contempt.

                                                                        /s/ A. Richard Caputo
                                                                      A. Richard Caputo
                                                                      United States District Judge